

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-20-00126-CV

———————————————

IN RE LISA TREVINO, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF
MARCUS CONTRERAS, Relator

---

Original Proceeding
Trial Court No. 096-307382-19

---

Before Gabriel, Kerr, and Wallach, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered Relator's petition for writ of mandamus and verified appendix and is of the opinion that relief should be denied. Accordingly, Relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: April 29, 2020